## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CIVIL ACTION NO. 4:08CV-5-JHM**

**HEATHER OZEE**                                                                               **PLAINTIFF**

**V.**

**HENDERSON COUNTY, KENTUCKY**                                              **DEFENDANT**

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendant, and the Court on this date having issued a Memorandum Opinion and Order granting the motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint be dismissed with prejudice.

cc: Counsel of Record